UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN RAY MOONEY,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | CASE NO. 3:19-cv-05103-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED**. This matter is reversed and remanded under sentence four of 42 U.S.C. § 405(g) to the Commissioner for re-evaluation of the medical opinion evidence. The case is closed. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 9th day of March, 2020.

Ronald B. Leighton
United States District Judge